UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLEN M. KERPAN,

    Plaintiff,

v.                                     Case No. 3:14cv602/RV/CJK

SAWDEY SOLUTION SERVICES, INC., et al.,

    Defendants.
_____/

ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 2, 2014. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections (doc.17).

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

2.  Plaintiff's motion to remand (doc. 10) is denied.

3.  Plaintiff's motion to strike (doc. 17) is denied.

**DONE AND ORDERED** on this 16th day of December, 2014.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**