UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLEN M. KERPAN,

    Plaintiff,

v.                                Case No. 3:14cv602/RV/CJK

SAWDEY SOLUTION SERVICES, INC., et al.,

    Defendants.
_____/

ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 25, 2015. (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation (doc. 33) is adopted and incorporated by reference in this order.

2.  This case is DISMISSED WITHOUT PREJUDICE under Northern District of Florida Local Rule 41.1(B), for plaintiff's failure to comply with an order of the court.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** on this 27th day of March, 2015.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**